UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) NO. 3:10-260 |
| | ) JUDGE HAYNES |
| HAJI SALAD | ) |

## MOTION TO EXCLUDE OR REDACT CERTAIN PHONE CALLS BASED ON *BRUTON V. UNITED STATES*

COMES NOW the Defendant, Haji Salad, by and through his undersigned counsel, and hereby moves this Court to order the exclusion or redaction of certain phone calls that the Government intends to introduce to the jury, because introduction of those phone calls would amount to a violation of the rule announced by the United States Supreme Court in *Bruton v. United States*, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476 (1968), as will be more thoroughly explained in an accompanying memorandum of law.

Respectfully submitted,

s/ **Patrick Frogge**
PATRICK FROGGE, No. 20763
BELL, TENNENT & FROGGE, PLLC
Bank of America Plaza
414 Union Street, Suite 904
Nashville, Tennessee 37219
(615) 244-1110
(615) 244-1114 facsimile
patrick@btflaw.com

*[Handwritten annotation: DENIED. Absent proof that the participants in the conversations were government agents or law enforcement, this motion is NOT U.S. v Franklin, 415 F.3d 537 (6th Cir. 2005)]*

*[Signature] 3-7-12*