UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) NO. 3:10-260 |
| | ) JUDGE HAYNES |
| HAJI SALAD | ) |

## MOTION TO JOIN CERTAIN MOTIONS FILED BY CODEFENDANTS

Comes now the Defendant Haji Osman Salad by and through undersigned counsel, Patrick G. Frogge, and hereby moves this Honorable Court to allow him to join certain motions previously filed by his codefendants in the above-styled case. Specifically, Defendant Salad moves to join Defendant Afyare's Motion for Change of Venue and Supporting Memorandum (DE 3271); Defendant Omar's Motion to Reveal Statements the Government Intends to Use as Coconspirator Statements (DE 3279); Defendant Afyare's Motion to Present Rule 412 Evidence of Jane Doe # 2's Prior Sexual Behavior (DE 3277); Defendant Afyare's Motion for Daubert Hearing (DE 3276); and Defendant Osman's Motion for Rule 404(b) Evidence (DE 3302). Mr. Salad moves this Court to adopt said motions in place of his filing exactly the same motions in order to keep from wasting time or resources.